MABEL S. FREEMAN, as Administratrix with the Will Annexed, etc., of ELBRIDGE H. WHITE, Deceased, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF

NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See 261 App. Div. 974.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

MICHAEL FRIEDMAN, Respondent, v. STEWARTS CREDIT CORP. and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.